IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**SHASTA JONES**                                                                                **PLAINTIFF**

**v.**                          **CASE NO. 2:25-CV-00022-BSM**

**SOUTHLAND CASINO**                                                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of March, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE