IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**SHASTA JONES**                                                                                           **PLAINTIFF**

v.                                        CASE NO. 2:25-CV-00022-BSM

**SOUTHLAND CASINO**                                                                            **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 26th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE